United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL ACTION NO. 4:24-CR-00507 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| GHOLAM REZA GOODARZI, Defendant. | § § § | |

## ORDER ON CONTINUANCE

Pending is an unopposed motion for continuance by Defendant Gholam Reza Goodarzi. Dkt 32.

Counsel for Defendant represents that more time is needed to conduct investigation and to prepare for trial. Counsel also represents that a failure to grant a continuance will result in a miscarriage of justice.

Defendant Gholam Reza Goodarzi waived Speedy Trial Act requirements on 11/05/2024. Dkt 32.

Pursuant to 18 USC § 3161(h)(7)(A), the Court FINDS that:

- o The ends of justice are best served by granting a continuance; and
- o A continuance outweighs the best interest of the public and Defendant in a speedy trial;

Pursuant to 18 USC § 3161(h)(7)(B), the Court also FINDS that failure to grant a continuance would likely result in a miscarriage of justice; and

- o Deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The motion for continuance is thus GRANTED.

The period of excludable delay will end at commencement of trial or disposition of charges.

***Further requests for continuance by Defendant in this matter are unlikely to be granted absent more robust explanation of reasons necessary for delay, along with specification of an actual, anticipated trial date. Likewise, the Government should note its affirmative position as to whether continuance is appropriate given the procedural posture, and not simply note "no opposition" to extension.***

The following schedule will control disposition of this case:

1. **02/27/2025**   **MOTIONS DEADLINE**
   Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent have conferred in good faith and could not agree on proper disposition of the motion.

2. **03/24/2025**   **PRETRIAL MATERIALS**
   File and deliver pretrial materials to the Court as directed in the Court's procedures.

3. **03/28/2025 at 9:30 a.m.**   **PRETRIAL CONFERENCE**
   Appear in Courtroom 9F before Judge Charles Eskridge. *Defendant must be present in person. Parties are required to disclose expert witness information 45 days prior to pretrial conference.*

4. **04/01/2025 at 9:30 a.m.**   **JURY SELECTION AND TRIAL**

SO ORDERED.

Signed on November 25, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge