IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:24-CR-00507 |
| | § | |
| GHOLAM REZA GOODARZI | § | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

TO THE HONORABLE CHARLES ESKRIDGE, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

NOW COMES, GHOLAM REZA GOODARZI, defendant, by and through counsel, and files this Unopposed Motion to Modify Conditions of Release and in support thereof would show as follows:

I.

The defendant is requesting permission from this Honorable Court to amend the conditions of release to remove the Home Incarceration restriction and impose Home Detention, leaving all other conditions in place.

II.

Defendant was arrested on September 3, 2024, pursuant to a federal complaint [Doc. 1] filed in the United States District Court for the Southern District of Texas, Houston Division on August 30, 2024, for an offense alleged to have occurred from on or about December 2020 to July 2024. On September 29, 2024, this Honorable Court granted an Order Setting Conditions of Release [Doc. 20]. Condition 8 (s, iii) orders Home Incarceration, which restricts the defendant to his residence at all times except for medical

needs or treatment, and court appearances pre-approved by the Pretrial Services Office or Supervising Officer.

During the months on bond, the defendant had no issues, no violations, nothing that would cause that Court or this Honorable Court any concern. In total, defendant has been on bond for 3 months. The defendant is requesting permission from this Honorable Court to amend the conditions of release to impose a Home Detention, and remove the Home Incarceration condition.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that this Honorable Court grant this motion and amend the conditions of release, removing the Home Incarceration condition and replacing it with Home Detention.

Respectfully submitted,

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
TBA No. 17724300
KentSchaffer@gmail.com
JAMES M. KENNEDY
Federal ID No. 30414
TBA No. 24008754
JamesKennedy@skjm.law
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034

Counsel for Defendant,
GHOLAM REZA GOODARZI

**CERTIFICATE OF CONFERENCE**

On January 8, 2025, counsel for defendant conferred with AUSA Heather Winter regarding her position on defendant's motion. AUSA Winter stated that the government is unopposed.

On January 8, 2025, counsel had conferred with U.S. Probation Officer McClanen. Mr. McClanen stated that he is unopposed to Home Detention.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER